IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ANTWAN BOGAN                                                                                    PLAINTIFF

v.                                                                                          NO. 2:08CV98-P-D

SHERIFF ANDREW THOMPSON, ET AL.                                                  DEFENDANTS

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated January 6, 2009, and the January 12, 2009, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated January 6, 2009, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the plaintiff's claims against defendant Calvin Suggs are hereby **DISMISSED** without prejudice.

3. That the plaintiff's claims against the remaining defendants shall **PROCEED**.

THIS, the 15th day of January, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE